IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND LEROY AVIS, ET AL.,   )<br>                                           )<br>           Plaintiffs,            )<br>                                           )<br>     vs.                                 )<br>                                           )<br>WELLS FARGO BANK, N.A., ET   )<br>AL.,                                     )<br>                                           )<br>           Defendants.            )<br>_____ ) | CIVIL 10-00181-DAE-LEK |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 27, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDING AND RECOMMENDATION THAT CASE BE DISMISSED

WITHOUT PREJUDICE," docket entry no. 29, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 20, 2010.



_____
David Alan Ezra
United States District Judge

Raymond Leroy Avis, et al. vs. Wells Fargo Bank, N.A., et al., Civil No. 10-00181 DAE-LEK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION